UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KEISHA S. JACKSON

    Plaintiff,

v.

ENHANCED RECOVERY COMPANY, LLC,

    Defendant.

Case No. 1:23-cv-16557

**PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S
DEFAULT AGAINST ENHANCED RECOVERY COMPANY, LLC**

NOW comes Plaintiff, KEISHA S. JACKSON by and the undersigned counsel, pursuant to Fed. R. Civ. P. 55(a) request the Clerk of Court to enter a default against ENHANCED RECOVERY COMPANY, LLC ("Defendant") for failure to plead or otherwise defend and in support states as follows:

- On December 6, 2023, Plaintiff filed a Complaint alleging that the Defendant violated the Fair Debt Collection Practices Act. [Dkt No. 1].

- On December 11, 2023, Plaintiff served Defendant's registered agent with a copy of the summons and complaint at the address registered with the Illinois Secretary of State at 801 Adlai Stevenson Drive, Springfield, Illinois 62703. [Dkt. No. 5].

- To date, Defendant has not filed responsive pleading to Plaintiff's Complaint nor has it sought an extension from this Court to file such pleading.

1

WHEREFORE, Plaintiff respectfully requests that the Clerk of the Court enter a default against Enhanced Recovery Company, LLC and for any other relief deemed appropriate and equitable.

Dated: January 16, 2024

Respectfully submitted,

*/s/ Nathan C. Volheim*
Nathan C. Volheim, Esq. #6302103
Counsel for Plaintiff

Sulaiman Law Group, Ltd.
2500 South Highland Ave., Suite 200
Lombard, Illinois 60148
Phone: (630) 568-3056

nvolheim@sulaimanlaw.com

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys for Plaintiff, certifies that on January 16, 2024, he caused a copy of the foregoing PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST ENHANCED RECOVERY COMPANY, LLC to be served by U.S. Certified mail, postage prepaid and email to:

Enhanced Recovery Company, LLC
8014 Bayberry Road
Jacksonville, Florida 32256

Enhanced Recovery Company, LLC
c/o Registered Agent
Illinois Corporation Service Company
801 Adlai Stevenson Drive
Springfield, Illinois 62703

Respectfully submitted,

                                                                          */s/ Nathan C. Volheim*
                                                                          Nathan C. Volheim