UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KEISHA S. JACKSON

    Plaintiff,

v.

ENHANCED RECOVERY COMPANY, LLC,

    Defendant.

Case No. 1:23-cv-16557

**ORDER ON PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**

Plaintiff, KEISHA S. JACKSON, by and through the undersigned, having filed with this Court his Motion for Clerk's Entry of Default and the Court having reviewed same, hereby ORDERES:

1. An Entry of Default shall be entered against the Defendant, Enhanced Recovery Company, LLC.

Dated: _____

/s/

Judge, U.S. District Court

1